FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: RS   DEPUTY

1  Name: Ronald Livingston
2  Address: 20003 Tillman Ave
3  Carson Calif 90746
4  Phone: 310 638-7622
5  Plaintiff In Pro Per

PAID
AUG - 3 2020
Clerk, US District Court
COURT 461

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ronald Livingston,

PLAINTIFF,

vs.

Louis Dejoy
Postmaster General

DEFENDANT(S).

Case No.: 2:20-CV-06975-MWF-JPRx
(To be supplied by the Clerk)

**COMPLAINT FOR:**

_____
_____
_____
_____
_____
_____

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under _____
_____
_____
_____
_____
_____
_____

Pro Se Clinic Form                    Page Number

## II. VENUE

2. Venue is proper pursuant to  United States Postal Service  LAPDC 7001 S. Central Ave Los Angeles Calif. 90052

## III. PARTIES

3. Plaintiff's name is  Ronald Livingston . Plaintiff resides at: 20003 Tillman Ave Carson California 90746

4. Defendant Louis Dejoy - Postmaster General Attorney for Postal Service - William Jackson His address 300 Long Beach Blvd Rm 240 Long Beach California 90802

5. Defendant Elizabeth Esparza Cervantes 255 E. Temple Street 4th floor Los Angeles Calif 90012

Pro Se Clinic Form                         Page Number

1  ___. Defendant Jason Jackson Attorney for
2  *Insert ¶ #*
3  US Postal Service
4
5
6
7
8  ___. Defendant _____
9  *Insert ¶ #*
10
11
12
13
14
15  ___. Defendant _____
16  *Insert ¶ #*
17
18
19
20
21
22  ___. Defendant _____
23  *Insert ¶ #*
24
25
26
27
28

Pro Se Clinic Form                    Page Number

## IV. STATEMENT OF FACTS

Insert ¶ #: Attorney Jason Jackson failed to follow orders of the Administrative Judge Elizabeth Cervantes Example 1. J. Jackson never responded to my interrogatives. 2. J. Jackson failed to attend meeting for settlement attempt scheduled by Administrative Judge Elizabeth Cervantes on April 26 2019.

Insert ¶ #: Administrative Judge Elizabeth Cervantes sent a letter to Ronald Livingston dated January 17 2020 gave the wrong case number in the resolution.

Insert ¶ #: No response was given to my motion for relief for the Complainant in case number 1F9010002-18, EEOC number 480-2017-00731X by the EEOC Administrative Judge Elizabeth Cervantes

Pro Se Clinic Form                    Page Number

*Insert ¶ #* EEOC 480 2017-00731X was not resolved in LAMP mediation. The EEOC failed to continue the litigation of this matter as promised and stated prior to mediation

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

Page Number

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

(Not Following orders given by E. Cervantes)
(insert title of cause of action)

(As against Defendant(s): Louis DeJoy Postmaster, J. Jackson. Attorney)

Insert ¶ #: J. Jackson never responded to interrogatives of Complainant as ordered.

Insert ¶ #: J. Jackson failed to attend meetings schedule by Administrative Judge E. Cervantes for settlement on April 26 2019

Insert ¶ #: EEOC Case #480 2017-00731X was not resolved in LAMP mediation. The EEOC failed to continue the litigation of this matter as promised and stated prior to mediation.

## SECOND CAUSE OF ACTION

( _____ )
*insert title of cause of action*

**(As against Defendant(s):** _____
_____ )

*Insert ¶ #* _____
_____
_____
_____
_____

*Insert ¶ #* _____
_____
_____
_____
_____

*Insert ¶ #* _____
_____
_____
_____

## THIRD CAUSE OF ACTION

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____ )

*Insert ¶ #*

_____

*Insert ¶ #*

_____

*Insert ¶ #*

_____

Pro Se Clinic Form                              *Page Number*

**FOURTH CAUSE OF ACTION**

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____

_____ )

*Insert ¶ #*

_____
_____
_____
_____
_____
_____

*Insert ¶ #*

_____
_____
_____
_____
_____
_____

*Insert ¶ #*

_____
_____
_____
_____

Pro Se Clinic Form                                         *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # Eighty hours straight time pay. Time granted for EEO processing from December 24 2017 to present = 2336.04

Insert ¶ # Five thousand dollars (5000.00) from willful and intentional neglect of proper procedures by the agency attorney which caused harm and humiliation to the complainant

Insert ¶ # Void investigative Interview of 9-27-17. 10 hrs. of penalty O.T. that Wong stated don't work = 605.70

Insert ¶ # Void Letter of Warning dated 10-4-17
No Retaliation from any Manager
No interaction with Peter Wong.
Total $7942.00 dollars

Pro Se Clinic Form

Page Number

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 8-3-20

Sign: *Ronald Livingston*
Print Name: Ronald Livingston
Plaintiff in pro per